558 A.2d 859

**COMMONWEALTH of Pennsylvania, BOARD OF PROBATION & PAROLE, Petitioner,**

v.

**Gary G. POUNDS, Respondent.**

Supreme Court of Pennsylvania.

May 18, 1989.

## ORDER

PER CURIAM.

The Petition of the Board of Probation and Parole is granted; the decision of the Commonwealth Court, 106 Pa.Cmwlth. 466, 527 A.2d 180, is vacated in light of this Court's decision in *Commonwealth v. Threats,* 520 Pa. 182, 553 A.2d 906 (1989); and the matter is remanded to the Commonwealth Court for reconsideration.

STOUT, J., did not participate in the consideration or decision of this matter.